UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-565-KS

| | |
|---|---|
| MLU SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LAWRENCE MOBILE HOME ) | |
| SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

This case is before the court on Defendant's motion to seal [DE #68]. The court finds that public notice and an opportunity to object to Defendant's motion to seal have been provided as the motion was docketed and has been publicly available on the court's computerized case management and case filing system since July 12, 2019. To date, no objection has been made. For the reasons set forth in Defendant's memorandum in support of its motion, the court further finds that Defendant's interests in sealing the information identified in its motion heavily outweigh the public interest in access and that there are no less restrictive alternatives to sealing. Accordingly, the court hereby GRANTS Defendant's motion.

This 4th day of November 2019.

_____
KIMBERLY A. SWANK
United States Magistrate Judge