IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-565-KS

| | | |
|---|---|---|
| MLU SERVICES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| LAWRENCE MOBILE HOME SERVICE, INC., | ) ) ) ) | |
| Defendant. | ) | |

Upon the Court's review of the parties' September 17, 2020 status report and joint motion to modify the deadlines in the Court's June 25, 2020 Order [D.E. 109] and the parties' desire to take in-person depositions, the Court rules as follows based on the good cause described in the joint motion:

1. On or before October 31, 2020, LMH is to conduct a deposition of James Kelley and MLU is to conduct a deposition of Leatha Lawrence.

2. Within seven days of Mr. Kelley's deposition, the parties are to meet and confer and file a joint report regarding further discovery and subsequent deadlines, as more completely outlined in the Court's January 27, 2020 Order.

3. By December 31, 2020, dispositive motions are to be filed.

SO ORDERED this 19th day of September 2020.

_____
The Honorable Kimberly A. Swank
United States Magistrate Judge